FREDERICK PROVENCHER *v.* TOWN OF ENFIELD

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 271 (AC 26819), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was entitled to bring this cause of action for declaratory relief?"

The Supreme Court docket number is SC 17793.

*Gabriel J. Jiran,* in support of the petition.

*Stephen F. McEleney,* in opposition.

Decided December 15, 2006